UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OTILIO GONZALEZ, and RAFAEL RUEDA, on behalf of themselves and a class of those similarly situated, | § § § § § | NO. 6:12-CV-00225-WSS |
| Plaintiffs, | § § | |
| v. | § § | FLSA COLLECTIVE ACTION |
| HIGH PERFORMANCE ROPES OF AMERICA, INC.; LUIS ALVAREZ SR.; and LUIS ALVAREZ | § § § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO ABATE

The Court, having considered the parties' Joint Motion to Abate, finds that the Motion should be GRANTED. It is therefore

ORDERED that the parties' Joint Motion to Abate is GRANTED.

SIGNED this 5th day of November, 2013.

_____
WALTER S. SMITH JR
UNITED STATES DISTRICT JUDGE